UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CRIMINAL MINUTES - SENTENCING AND JUDGMENT

*A-M-E-N-D-E-D TO REFLECT THE CORRECT NAME OF THE DEFENDANT*

Case No.  ED CR 09-101VAP [6]                                          Date  January 25, 2011

Present: The Honorable   VIRGINIA A. PHILLIPS, UNITED STATES DISTRICT JUDGE

| Marva Dillard | Theresa Lanza | Daniel Ackerman |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder, Tape No.* | *Assistant U.S. Attorney* |

| Defendant | Counsel for Defendant | Retd. | DFPD | Panel | Interpreter |
|---|---|---|---|---|---|
| **GINO RAY GONZALEZ** | Katherine Corrigan | | | X | N/A |

**PROCEEDINGS:**     SENTENCING AND JUDGMENT     ☐ Contested     X Non-Evidentiary
                    Day ___ (if continued from a prior hearing date)

✖ Refer to Judgment and Probation/Commitment Order; signed copy separately submitted.     ___ See below for sentence.
___ Imprisonment for  years/months  on each of counts _____
    Count(s) _____  concurrent/consecutive to count(s) _____
___ Fine of $_____ is imposed on each of count(s) concurrent/consecutive.
___ Execution/Imposition of sentence as to imprisonment only suspended on count(s) _____
___ Confined in jail-type institution for _____ to be served on consecutive days/weekends
    commencing _____
___ years/months Supervised Release/Probation imposed on count(s) _____
    consecutive/concurrent to count(s) _____
    under the usual terms & conditions (see back of Judgment/Commitment Order) and the following additional terms and conditions,
    under the direction of the Probation Office:
    ___ Perform _____ hours of community service.
    ___ Serve _____ in a CCC/CTC.
    ___ Pay  $_____ fine amounts & times determined by P/O.
    ___ Make $_____ restitution in amounts & times determined by P/O.
    ___ Participate in a program for treatment of narcotic/alcohol addiction.
    ___ Pay any fine imposed by this sentence & that remains unpaid at commencement of community supervision. Comply with
        rules/regulations of BICE, if deported not return to U.S.A. illegally and upon any reentry during period of supervision report
        to the nearest P/O within 72 hours.
    ___ Other conditions: _____
___ Pursuant to Section 5E1.2(e), all fines are waived, including costs of imprisonment & supervision. The Court finds the
    defendant does not have the ability to pay.
___ Pay   $_____ per count, special assessment to the United States for a total of  $_____
___ Imprisonment for  months/years  and for a study pursuant to 18 USC _____
    with results to be furnished to the Court within  days/months  whereupon the sentence shall be subject to
    modification. This matter is set for further hearing on _____
___ Government's motion, all remaining count(s)/underlying indictment/information, ordered dismissed.
✖ Defendant informed of right to appeal.
___ ORDER sentencing transcript for Sentencing Commission.    ✖ Processed statement of reasons.
___ Bond exonerated _____ upon surrender     ___ upon service of _____
___ Execution of sentence is stayed until 12 noon, _____
    at which time the defendant shall surrender to the designated facility of the Bureau of Prisons, or, if no designation made, to the
    U.S. Marshal.
___ Defendant ordered remanded to/released from custody of U.S. Marshal forthwith.
___ Issued Remand/Release    # _____
___ Present bond to continue as bond on appeal.     ___ Appeal bond set at  $_____
✖ Filed and distributed judgment.
___ Other _____

                                                                     ___ - ___ : ___ 25 ___
                                                        Initials of Deputy Clerk   md

cc: